**EVANS LAW FIRM, INC.**
INGRID M. EVANS (State Bar No. 179094)
3053 Fillmore St. #236
San Francisco, CA  94123
Ingrid@evanslaw.com
Tel: 415-441-8669
Fax: 888-891-4906

**GULKO SCHWED LLP**
ASHER GULKO *(pro hac vice)*
44 Wall Street, 2nd Floor
New York, New York 10005
Asher@gulkoschwed.com
Tel: 212-500-1312
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMT DEVELOPERS, LLC & DAVID KRAMER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>CHARLES TOWLE, ISH SPENCER, RICK OWAKI, U.S. CAPITAL PARTNERS, LLC & U.S. CAPITAL GLOBAL PARTNERS, LLC ,<br>Defendants. | **Case No. 20-cv-07579-JSC**<br><br>**NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE that plaintiffs, CMT DEVELOPERS & DAVID KRAMER, dismiss this action with prejudice, and each party to bear their own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

_____
Case No. 20-cv-07579-JSC   NOTICE OF DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: January 11, 2021 | EVANS LAW FIRM., INC. |
| 2 | | |
| 3 | | By:_____  _____<br>INGRID M. EVANS (SBN 179094) |
| 4 | | -and-<br>GULKO SCHWED LLP |
| 5 | | ASHER GULKO *(pro hac vice)*<br>44 Wall Street, 2nd Floor |
| 6 | | New York, New York 10005<br>Asher@gulkoschwed.com |
| 7 | | Tel: 212-500-1312<br>*Attorneys for Plaintiffs* |

_____
Case No. 20-cv-07579-JSC   NOTICE OF DISMISSAL